# Exhibit F

**PLOEN**
PLOEN LAW FIRM, PC

Fax: 651.894.6801
Direct: 651.894.6803

Fifth Street Towers
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402-1267

Main: 651.894.6800
E-mail: sploen@ploen.com

**For Settlement Purposes Only; All Rights Reserved**

June 10, 2011

**Via Electronic Mail with Confirmation by First Class Mail**
Derek Guemmer, Esq.
General Counsel
Integra Realty Resources, Inc.
4324 Belleview, Suite 100
Kansas City, MO 64111
<dguemmer@irr.com>

    RE:    Allegations of Trademark Infringement

Dear Attorney Guemmer:

    This firm represents Integra Realty, LLC ("Integra"), a residential real estate brokerage located in Savage, Minnesota, in connection with intellectual property matters. I am writing in response to your letter of May 25, 2011 to Integra.

    Your letter is notable as much for the things unsaid as for those said. For instance, the letter maintains a conspicuous silence as to whether Integra Realty Resources, Inc. ("IRR") has registered the trademarks INTEGRA or INTEGRA REALTY RESOURCES; in fact, a review of the U.S. Patent & Trademark Office's database reveals no fewer than three failed attempts by IRR to register such marks. You assert a "common law right to use the trade name INTEGRA," although I suspect you mean to invoke common law trademark, as opposed to trade name, rights. The letter does not proffer any evidence of either trade name or trademark usage by IRR in any jurisdiction, let alone evidence of any common law trademark rights in Minnesota superior to those possessed by Integra. Your letter does not assert that any consumer confusion has arisen as a result of IRR's and Integra's activities, and it also does not acknowledge a distinction which is emphasized on IRR's own Web site, namely:

> Our business is dedicated to valuation and counseling. [IRR] is not engaged in brokerage or accounting.

    Despite these deficiencies, the letter demands that Integra "immediately cease and desist from using" the trademarks INTEGRA and INTEGRA REALTY RESOURCES. Integra has been using the trademark INTEGRA REALTY for many years in providing outstanding service

Derek Guemmer, Esq.
June 10, 2011
Page Two

to its clients, yet IRR apparently believes that Integra should "immediately" change its trade name and discontinue use of an established, valuable trademark, all in response to one badly conceived and composed cease-and-desist letter. Integra politely declines to meet IRR's demands, for the reasons stated below.

Before IRR takes any further action, you may wish to consider the following facts. Integra does not perform real estate appraisal services, and IRR claims not to perform real estate brokerage services. Integra provides its services to individual consumers buying and selling homes, which in the suburban Twin Cities typically means single-family homes; IRR, however, does not appear to conduct any activities with regard to single-family homes and only limited activities in connection with residential housing generally. Integra never uses the word RESOURCES as a trademark in connection with the trademark INTEGRA REALTY, and it typically makes prominent use of a stylized lower-case letter "i" against a red background in immediate association with its trademark, whereas IRR appears to use a different color scheme and no logo or visual device resembling that used by Integra.

In addition to the absence of any overlap between the parties' services and the differences in their marks, please consider, too, the relative weakness of the word INTEGRA as a source identifier. As I am sure you are aware, the U.S. Patent and Trademark Office oversees literally hundreds of active applications and registrations for trademarks consisting of or containing the word INTEGRA, and no doubt countless parties also possess some limited common law rights in these and other INTEGRA trademarks. The word INTEGRA commonly appears in trademarks used in connection with brokerage services (see, for example, U.S. registration no. 3666598 for the mark INTEGRA for business brokerage services and U.S. registration no. 1622836 for the mark INTEGRA for investment brokerage services), and also in trademarks used in connection with real estate related activities; see, for example, INTEGRA QUALITY HOMES (www.integrahomes.com; use claimed since 1995), INTEGRA CONSTRUCTION GROUP (U.S. application serial no. 85203470) for home and building construction activities; INTEGRA REAL ESTATE GROUP in Tucson, AZ (www.integratucson.com); INTEGRA REAL ESTATE in Michiana, IN (www.integrarealestateofmichiana.com); INTEGRA REAL ESTATE – MORTGAGE in Kirkland, WA (www.myintegra.com); INTEGRA REALTY in Brevard, FL (www.integraofbrevard.com); and INTEGRA REALTY of Elizabeth, NJ (www.integrarealtyllc.com; U.S. application serial no. 85338099 for INTEGRA REALTY).

In short, the word INTEGRA is widely used in trademarks in both the brokerage and the real estate industries, meaning that co-existence is common and trademark enforcement is difficult, particularly outside of one's zone of actual use and one's statutory rights, as IRR now is attempting.

In consideration of your letter, however, Integra is willing to offer its written assurances that it will not use the word RESOURCES as a trademark in combination with the trademark

Derek Guemmer, Esq.
June 10, 2011
Page Three

INTEGRA REALTY, and that it also will not use the INTEGRA REALTY trademark in connection with providing real estate appraisal services.

    I trust that upon review of the foregoing information, IRR will reconsider its demands. Unless a contrary response is received by July 1, 2011, Integra will consider this matter closed.

Sincerely,

Sean Ploen

cc: Cheryl L. Burbach, Esq., Hovey Williams LLP (<cburbach@hoveywilliams.com>)
    Jeffrey Rogers, President and COO, Integra Realty Resources, Inc. (<jrogers@irr.com>)