## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MINNESOTA

| | |
|---|---|
| INTEGRA REALTY RESOURCES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | )   Case No. _____ |
| | ) |
| INTEGRA REALTY, LLC | ) |
| Defendant. | ) |

### Plaintiff Integra Realty Resources, Inc.'s
### Corporate Disclosure Statement

Pursuant to Fed. R. Civ. P. 7. 1, Plaintiff Integra Realty Resources, Inc. ("Integra") states that Integra is a privately owned company and that Integra has no parent company and no publicly-traded company owns 10% or more of its stock.

Date: July 1, 2011

    Respectfully submitted,

    FAEGRE & BENSON LLP

    s/Randall E. Kahnke
    Randall E. Kahnke
    2200 Wells Fargo Center
    90 South 7th Street
    Minneapolis, MN 55402-3901
    Tel:  (612) 766-7000
    Fax:  (612) 766-1600
    Email: rkahnke@faegre.com

*Of Counsel:*

Cheryl L. Burbach (*to be admitted pro hac vice*)
Matthew B. Walters (*to be admitted pro hac vice*)
HOVEY WILLIAMS LLP
10801 Mastin Boulevard, Suite 1000
Overland Park, KS 66210
Tel: 913-647-9050
Fax: 913-647-9057
E-Mail: clb@hoveywilliams.com
mbw@hoveywilliams.com

ATTORNEYS FOR PLAINTIFF INTEGRA REALTY RESOURCES, INC.